UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-cv-0522 |
| ) | Judge Campbell |
| KENNETH W. CULP, JR., et al., ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Motion to Stay Proceedings filed by Defendants Kenneth W. Culp, Jr. and Cathy R. Culp (Docket No. 26), to which the United States of America has filed a Response in opposition (Docket No. 33). For the reasons stated in the accompanying Memorandum, the Culps' Motion to Stay Proceedings (Docket No. 26) is hereby DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE