UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:05-cv-0522 |
| | ) | Judge Campbell |
| KENNETH W. CULP, JR., et al., | ) | Magistrate Judge Knowles |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Motion for Summary Judgment (Docket No. 18) filed by the United States of America, to which Defendants Kenneth and Cathy Culp have filed a Response in opposition (Docket No. 22). For the reasons explained in the Memorandum filed contemporaneously herewith, the United States' Motion is hereby GRANTED, and summary judgment is hereby entered in favor of the United States.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE